JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERNESTO RODRIGUEZ-BAZAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, ADELANTO ICE PROCESSING CENTER et al., <br><br> Respondents. | Case No. 5:26-cv-02765-DFM <br><br><br> JUDGMENT |

Pursuant to the Court's Order denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date:  June 11, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge